■ In the Matter of the Claim of MARIA BAEZ, Appellant. TUCK IT AWAY, Respondent; COMMISSIONER OF LABOR, Respondent. [3 NYS3d 639]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 17, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Substantial evidence supports the decision of the Unemployment Insurance Appeal Board finding that claimant voluntarily left her employment as a site manager at a storage facility without good cause. Testimony from the employer's director of operations established that claimant became upset and resigned after he disciplined her for sending him a text that he viewed as insubordinate. Although claimant denied that she resigned and testified that she was fired, it is for the Board to resolve the factual issue of whether claimant voluntarily left her employment without good cause, and its determination will not be disturbed if supported by substantial evidence (*see Matter of Pierre-Louis [Commissioner of Labor]*, 106 AD3d 1362, 1362 [2013]; *Matter of Fahey [Youner—Commissioner of Labor]*,

41 AD3d 1124, 1125 [2007]). The differing version of the events surrounding claimant's separation from employment presented a credibility issue that the Board was free to resolve in the employer's favor (see Matter of Fahey [Youner—Commissioner of Labor], 41 AD3d at 1125; Matter of Capobianco [Commissioner of Labor], 7 AD3d 953, 953 [2004]). Inasmuch as substantial evidence supports the Board's decision, we decline to disturb it.

Peters, P.J., McCarthy, Egan Jr. and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.